JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ARCHIE WATKINS, | ) CV 12-4571-CJC (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| K. ALLISON, Warden, | ) |
| | ) |
| Respondent. | ) |

Pursuant to the Order of the court accepting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Motion for Stay and Abeyance is denied, the Petition for Writ of Habeas Corpus is denied, and the action is dismissed with prejudice.

DATED: January 15, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1